UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:13-cv-00187

RICHARD S. MACK                                                      PLAINTIFF

VS.          **MOTION TO DISMISS FIRST AMENDED COMPLAINT**

NICK JEWELL; RYAN JOHNSON;
BILL STEPHENS                                                        DEFENDANTS

The Defendants, Ryan Johnson and Bill Stephens, by counsel, pursuant to FRCP 12(b)(6), hereby move the Court to enter an order dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief may be granted.  Plaintiff's First Amended Complaint and the claims therein against Ryan Johnson and Bill Stephens are barred by the applicable statutes of limitations.

A memorandum of law in support of this motion is attached hereto and incorporated herein by reference.

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782


_s/Aaron D. Smith_____
AARON D. SMITH

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

*s/Aaron D. Smith* _____