# Case History
## COMMONWEALTH VS. MACK, RICHARD S
### Case# 12-M-03360

**County** WARREN
**Court** DISTRICT Court
**Opening Judge** HON. SAM C. POTTER, JR.
**Current Judge**
**Closing Judge**

| Date | Event | Details | Page # |
|---|---|---|---|
| 11/20/2012 | **Charge Filed** <br> CHARGE 1 ORIGINAL | 0007970 Assault 4th Degree Domestic Violence No Visible Injury <br> Citation: 2BG917732-1  Citation Date: 11/21/2012 | |
| 11/20/2012 | **Charge Filed** <br> CHARGE 2 ORIGINAL | 0422450 POSS CONT SUB, 2ND DEGREE - DRUG UNSPECIFIED <br> Citation: 2BG917732-2  Citation Date: 11/21/2012 | |
| 11/20/2012 | **Charge Filed** <br> CHARGE 3 ORIGINAL | 0422450 POSS CONT SUB, 2ND DEGREE - DRUG UNSPECIFIED <br> Citation: 2BG917732-2  Citation Date: 11/21/2012 | |
| 11/20/2012 | **Charge Filed** <br> CHARGE 1 AMENDED | 0023710 Disorderly Conduct, 2nd Degree Citation: 2BG917732-1 <br> Citation Date: 11/21/2012 | |
| 11/21/2012 | **Case Filed** <br> MISDEMEANOR <br> *VIOLTIME=17:45 ARRSTDT=11/20/2012* | | |
| 11/21/2012 | **Scheduled Event** <br> ARRAIGNMENT <br> HON. SAM C. POTTER, JR. | Nov 21 2012 at 08:01 AM | |
| 11/21/2012 | **Bail Posted** <br> CASH <br> Bail Credit Eligible <br> *POSTED BY DEF* <br><br> *NO CONTACT W/LISA MACK, COMPLY W/FAMILY COURT EPO/D VO* | $ 500.00 | |
| 11/21/2012 | **Bail Set** <br> CASH <br> Bail Credit Eligible <br> *POSTED BY DEF* <br><br> *NO CONTACT W/LISA MACK, COMPLY W/FAMILY COURT EPO/D VO* | $ 500.00 | |
| 11/26/2012 | **Scheduled Event** <br> PRETRIAL CONFERENCE <br> HON. SAM C. POTTER, JR. | Nov 26 2012 at 08:00 AM | |
| 11/26/2012 | **Document Filed** <br> RETURN OF SUBPOENA <br> *SERVED LISA MACK* | | |
| 11/27/2012 | **Document Filed** <br> ENTRY OF APPEARANCE <br> APR <br> *STEVEN THORNTON* | | |
| 12/10/2012 | **Scheduled Event** <br> PRETRIAL CONFERENCE <br> HON. SAM C. POTTER, JR. | Dec 10 2012 at 08:00 AM | |
| 01/18/2013 | **Document Filed** <br> TENDERED DOCUMENT <br> *AGREED ORDER* <br> *SUBSTITUTING COUNSEL* | | |

DISTRICT Court       12-M-03360


EXHIBIT 1

Page 1 of

Case# 12-M-03360

| | |
|---|---|
| County | WARREN |
| Court | DISTRICT Court |
| Opening Judge | HON. SAM C. POTTER, JR. |
| Current Judge | |
| Closing Judge | |

Page #

| Date | Event | Details |
|---|---|---|
| 01/22/2013 | **Scheduled Event**<br>PRETRIAL CONFERENCE<br>HON. SAM C. POTTER, JR. | Jan 22 2013 at 08:00 AM |
| 01/25/2013 | **Scheduled Event**<br>PRETRIAL CONFERENCE<br>HON. SAM C. POTTER, JR.<br>*COURT NOTICE MAILED* | Jan 25 2013 at 08:00 AM |
| 01/25/2013 ✓ | **Document Filed**<br>DISCOVERY<br>APR<br>*REQUEST FOR DISCOVERY* | |
| 01/28/2013 ✓ | **Document Filed**<br>MAIL RETURNED UNDELIVERED | |
| 01/28/2013 ✓ | **Document Filed**<br>ORDER SUBSTITUTING COUNSEL<br>*CC: S. THORNTON, T. LOCK, CC* | |
| 02/04/2013 ✓ | **Document Filed**<br>MAIL RETURNED UNDELIVERED | |
| 03/06/2013 | **Scheduled Event**<br>PRETRIAL CONFERENCE<br>HON. SAM C. POTTER, JR.<br>*COURT NOTICE MAILED* | Mar 6 2013 at 08:00 AM |
| 04/04/2013 ✓ | **Motion Filed**<br>MOTION TO AMEND<br>COUNTY ATTORNEY<br>*COMPLAINT/CITATION* | |
| 04/04/2013 ✓ | **Document Filed**<br>NOTICE - OTHER<br>CC<br>*OF INTENT TO INTRODUCE EVIDENCE* | |
| 04/15/2013 | **Charge Disposed**<br>CHARGE 1 ORIGINAL<br>AMENDED DOWN | 0007970 Assault 4th Degree Domestic Violence No Visible Injury |
| 04/15/2013 | **Charge Disposed**<br>CHARGE 2 ORIGINAL<br>DIVERSION | 0422450 POSS CONT SUB, 2ND DEGREE - DRUG UNSPECIFIED |
| 04/15/2013 | **Charge Disposed**<br>CHARGE 3 ORIGINAL<br>DIVERSION | 0422450 POSS CONT SUB, 2ND DEGREE - DRUG UNSPECIFIED |
| 04/15/2013 | **Scheduled Event**<br>MOTION HOUR<br>HON. SAM C. POTTER, JR.<br>*WITH PRETRIAL CONFERENCE* | Apr 15 2013 at 08:00 AM |
| 04/15/2013 | **Sentence Imposed**<br>*PTD 24 MOS, NO CONTACT W VICTIM, COMPLY W EPO* | |
| 04/15/2013 | **Sentence Imposed**<br>*PTD 24 MOS, NO CONTACT W VICTIM, COMPLY W EPO* | |

DISTRICT Court    12-M-03360

Page 2 of 3

COMMONWEALTH VS. MACK, RICHARD S
Case# 12-M-03360

| | | |
|---|---|---|
| County | WARREN | |
| Court | DISTRICT Court | |
| Opening Judge | HON. SAM C. POTTER, JR. | |
| Current Judge | | |
| Closing Judge | | Page # |

| Date | Event | Details |
|---|---|---|
| 04/15/2013 | **Charge Disposed** <br> CHARGE 1 AMENDED <br> GUILTY | 0023710 Disorderly Conduct, 2nd Degree |
| 04/15/2013 | **Sentence Imposed** <br> *PROBATED 12 MOS, NO NEW VOLS, COMPLY W/DVO AND FAMILY COURT, FORFEIT ITEMS SEIZED, STAY OUT OF WARREN CO KY OTHER THAN COURT APPEARANCES* | |
| 04/23/2013 ✓ | **Motion Filed** <br> MOTION TO AMEND <br> COUNTY ATTORNEY <br> *ALTER, OR VACATE JUDGEMENT* | |
| 04/24/2013 ✓ | **Document Filed** <br> NOTICE OF FILING <br> CC <br> *FORENSIC LAB REPORT* | |
| 05/07/2013 | **Scheduled Event** <br> MOTION HOUR <br> HON. SAM C. POTTER, JR. | May 7 2013 at 08:00 AM |
| 05/11/2013 ✓ | **Document Filed** <br> MAIL RETURNED UNDELIVERED <br> *MAILED TO RICHARD MACK NO LONGER LIVES AT THIS ADDREE* | |
| 05/28/2013 | **Motion Disposed** <br> MOTION TO AMEND <br> COUNTY ATTORNEY <br> *ALTER, OR VACATE JUDGEMENT* | -35 Days |
| 05/28/2013 | **Scheduled Event** <br> MOTION HOUR <br> HON. SAM C. POTTER, JR. | May 28 2013 at 08:00 AM |
| 05/28/2013 ✓ | **Document Filed** <br> NOTICE OF APPEAL <br> CC | |
| 05/31/2013 | **Scheduled Event** <br> MOTION HOUR <br> HON. SAM C. POTTER, JR. <br> *COURT NOTICE SENT Del Sch Event 05/31/2013 0800 AM AD* | May 31 2013 at 08:00 AM |
| 04/30/2015 | **Scheduled Event** <br> DIVERSION COMPLETION <br> HON. SAM C. POTTER, JR. | Apr 30 2015 at 12:30 PM |

DISTRICT Court    12-M-03360        3        Page 3 of 3